

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00031-CR

EDWARD L. LEWIS, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Red River County, Texas
Trial Court No. CR02495

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Our review of the clerk's record in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). The clerk's record includes a social security number. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's record contains sensitive data, we order the clerk of this Court or her appointee, in accord with Rule 9.10(g), to seal the electronically filed clerk's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: May 22, 2018